[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-11018

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

OYEYEMI OLATUNJI OWAGBORIAYE,
a.k.a. Prince,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:18-cr-20361-KMW-2

_____

Before WILSON, ROSENBAUM, Circuit Judges, and COVINGTON,*
District Judge.

PER CURIAM:

The court has considered all of Defendant-Appellant
Oyeyemi Owagboriaye's specifications of error, including:

1.   Whether the district court erred in denying Appel-
     lant's motion to suppress evidence?

2.   Whether the district court abused its discretion when
     it admitted the Memorandum of Understanding
     (MOU) but denied Appellant's request to submit cor-
     responding documents under the Rule of Complete-
     ness?

3.   Whether the district court erred in denying Appel-
     lant's proposed jury instruction on his theory of de-
     fense and aiding and abetting?

4.   Whether the district court erred in denying Appel-
     lant's motion to dismiss the indictment?

5.   Was the evidence sufficient to support Appellant's
     conviction for wire fraud?

---

* Honorable Virginia M. Covington, United States District Judge for the Mid-
dle District of Florida, sitting by designation.

6.    Whether the government's introduction of the MOU proved a different scheme to defraud and thus materially varied from the indictment and prejudice Appellant?

After review and consideration of the briefs and the record, and having the benefit of oral argument, we find no reversible error in the district court's proceedings.  Therefore, the district court's decision is affirmed.

**AFFIRMED.**